UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNIFER GLOVER,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CENTERRA GROUP, LLC,<br><br>　　　　　　　Defendant. | Case No. 2:19-cv-00411-JCM-NJK<br><br>ORDER |

Due to the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Early Neutral Evaluation Conference currently scheduled for August 16, 2019 is **ADVANCED** to **August 15, 2019**.
2. Confidential ENE statements shall be due no later than **August 8, 2019**.
3. All other instructions contained within the original Order Scheduling Early Neutral Evaluation Session (ECF No. 18) shall remain in effect.

DATED this 18th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE