Richard Segerblom, State Bar No. 1010
701 E. Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
(702) 388-9600
rsegerblom@lvcoxmail.com

Esha Rajendran
Jay D. Ellwanger
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
erajendran@equalrights.law
jellwanger@equalrights.law
*Attorneys for Plaintiff*

Kirsten Milton, State Bar No. 14401
Lynne K. McChrystal, State Bar No. 14739
**JACKSON LEWIS P.C.**
Bank of America Plaza
300 Fourth Street, Suite 900
Las Vegas, Nevada 89101
(702) 921-2461
kristen.milton@jacksonlewis.com
lynne.mcchrystal@jacksonlewis.com
*Attorneys for Defendant*
CENTERRA GROUP, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER GLOVER,<br><br>        Plaintiff,<br><br>   v.<br><br>CENTERRA GROUP, LLC; and JOHN DOES 1 THROUGH 5.<br><br>        Defendants. | Case No. 2 : 19-cv-00411-JCM-NJK<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Glover and Defendant Centerra Group, LLC, by and through their attorneys, respectfully submit

this Joint Stipulation of Voluntary Dismissal with Prejudice. The Parties wish to inform the Court that the matter has been resolved and each party will bear their own attorneys' fees and costs. The Parties request that the Clerk of Court now close this case.

**Dated: November 6, 2019**

Respectfully Submitted,

| | |
|---|---|
| RICHARD SEGERBLOM, LTD. | JACKSON LEWIS P.C. |
| /s/ Richard S. Segerblom | /s/ Kirsten A. Milton |
| RICHARD S. "TICK" SEGERBLOM | KIRSTEN A. MILTON |
| Nevada Bar No. 1010 | Nevada Bar No. 14401 |
| 702 East Bridger Ave. | LYNNE K. MCCHRYSTAL |
| Suite 520 | Nevada Bar No. 14739 |
| Las Vegas, Nevada 89101 | Bank of America Plaza |
| | 300 Fourth Street, Suite 900 |
| ELLWANGER LAW LLLP | Las Vegas, Nevada 89101 |
| /s/ Jay D. Ellwanger | *Attorneys for Defendant Centerra Group, LLC* |
| JAY D. ELLWANGER | |
| Texas Bar No. 24036522 | |
| ESHA RAJENDRAN | |
| Texas Bar No. 24105968 | |
| 8310-1 N. Capital of Texas Hwy. | |
| Suite 190 | |
| Austin, Texas 78731 | |

*Attorneys for Plaintiff Jennifer Glover*

**ORDER**

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2019

- 2 -